**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                                      Chapter 11 Cases

TP BRANDS WORLDWIDE INC.[1]                       Case No. 8:25-bk-08424-CED
                                                                          Lead Case

                                                                          *Jointly Administered with*
TP BRANDS INTERNATIONAL INC.                    Case No. 8:25-bk-08425-CED
PREMFLOOR, INC.,                                            Case No. 8:25-bk-08427-CED

           Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.          The Honorable Caryl E. Delano will conduct a preliminary hearing in this case on

**November 13, 2025, at 10:30 a.m.** at **Courtroom 9A, Sam M. Gibbons United States**

**Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** on the following matter:

**DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO PAY PREPETITION
WAGES, SALARIES AND OTHER EMPLOYEE BENEFITS [ECF NO. 8]**

2.          All parties may attend the hearing in person. Parties are directed to consult Judge

Delano's *Procedures Governing Court Appearances* regarding policies and procedures for

attendance at hearings by video or telephone via Zoom, available at

https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website,

please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day

before the date of the hearing.

3.          Any party opposing the relief sought at this hearing must appear at the hearing, or

any objections or defenses may be deemed waived.

---

[1] The address of the Debtors is 2021 51st Avenue East, Unit 109, Palmetto, FL 34221. The last four digits of the Debtors' federal tax identification numbers are: TP Brands Worldwide Inc. (5200); TP Brands International Inc. (4195); and Premfloor, Inc. (6672).

4.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

DATED:  November 12, 2025

Respectfully submitted,

BERGER SINGERMAN LLP
*Proposed Counsel for the Debtors and Debtors-in-Possession*
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
Tel. (813) 498-3400
Fax (813) 527-3705

By: */s/ Edward J. Peterson*
    Edward J. Peterson
    Florida Bar No. 0014612
    epeterson@bergersingerman.com
    Clay B. Roberts
    Florida Bar No. 116058
    croberts@bergersingerman.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 12, 2025, a true and correct copy of the foregoing Notice was served via electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: */s/ Edward J. Peterson*
    Edward J. Peterson

## CM/ECF SERVICE LIST

- **John E. Lucian**    lucian@blankrome.com,
  kelbon@blankrome.com;vizza@blankrome.com
- **Edward J. Peterson**    epeterson@bergersingerman.com,
  jcleaves@bergersingerman.com;jeising@bergersingerman.com;mhoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Edwin G Rice**    eRice@bradley.com, ajecevicus@bradley.com;edwin-rice-1713@ecf.pacerpro.com
- **United States Trustee - TPA**    USTPRegion21.TP.ECF@USDOJ.GOV
- **Nathan A Wheatley**    nathan.a.wheatley@usdoj.gov