**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| TP BRANDS WORLDWIDE INC.[1] | Case No. 8:25-bk-08424-CED<br>Lead Case |
| TP BRANDS INTERNATIONAL INC.<br>PREMFLOOR, INC., | *Jointly Administered with*<br>Case No. 8:25-bk-08425-CED<br>Case No. 8:25-bk-08427-CED |
| Debtors._____/ | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Caryl E. Delano will conduct a preliminary hearing in this case on **November 13, 2025, at 10:30 a.m.** at **Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** on the following matter:

**DEBTORS' EMERGENCY MOTION FOR ALLOWANCE OF AFFILIATE OFFICER'S SALARY AND BENEFITS, EFFECTIVE AS OF THE PETITION DATE [ECF NO. 10]**

2. All parties may attend the hearing in person. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

---

[1] The address of the Debtors is 2021 51st Avenue East, Unit 109, Palmetto, FL 34221. The last four digits of the Debtors' federal tax identification numbers are: TP Brands Worldwide Inc. (5200); TP Brands International Inc. (4195); and Premfloor, Inc. (6672).

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

DATED: November 12, 2025

        Respectfully submitted,

        BERGER SINGERMAN LLP
        *Proposed Counsel for the Debtors and Debtors-in-Possession*
        101 E. Kennedy Boulevard, Suite 1165
        Tampa, FL 33602
        Tel. (813) 498-3400
        Fax (813) 527-3705

        By: */s/ Edward J. Peterson*
            Edward J. Peterson
            Florida Bar No. 0014612
            epeterson@bergersingerman.com
            Clay B. Roberts
            Florida Bar No. 116058
            croberts@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2025, a true and correct copy of the foregoing Notice was served via electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

        By: */s/ Edward J. Peterson*
            Edward J. Peterson

**CM/ECF SERVICE LIST**

- **John E. Lucian**   lucian@blankrome.com, kelbon@blankrome.com;vizza@blankrome.com
- **Edward J. Peterson**   epeterson@bergersingerman.com, jcleaves@bergersingerman.com;jeising@bergersingerman.com;mhoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Edwin G Rice**   eRice@bradley.com, ajecevicus@bradley.com;edwin-rice-1713@ecf.pacerpro.com
- **United States Trustee - TPA**   USTPRegion21.TP.ECF@USDOJ.GOV
- **Nathan A Wheatley**   nathan.a.wheatley@usdoj.gov